**DISTRICT COURT OF MARYLAND FOR** _____

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, MD 20772

COMPLAINT ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

CASE NO.
CV

**PARTIES**

Plaintiff
Thony Anyiam
5314 Annapolis Road
Bladensburg, MD 20710

vs.

Defendant(s):
1. IndyMac Mortgage Services
   Ms. Laura Reginek
   6900 Beatrice Drive
   MI. 49009
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

The particulars of this case are:

I received a letter from IndyMac Mortgage Services in August 2009 requested I apply for a loan modification program after my mortgage payment for July was late due to financial hardship as a result of the bad economy. I was approved for a 3 months payment plan in the amount of $968.53 per month effective 12/1/2009 - 02/1/2010. All my payments during the trial period were made on time yet IndyMac kept

(See Continuation Sheet)

☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 4,500 plus interest of $_____ and attorney's fees of $_____ plus court costs.
☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☒ Other: Court Cost
and demands judgment for relief.

_Thony Anyiam_
Signature of Plaintiff/Attorney/Attorney Code

Telephone Number: 301-277-5789

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. ☐ The Defendant(s) ☐ is/are in the military service ☐ is/are not in the military service and the facts supporting this statement are: _____

☐ I am unable to determine whether or not any Defendant is in military service.

_____            _____
Date                        Signature of Affiant

**EXHIBIT A**

DC/CV 1 (front) (Rev. 8/2008) (Print Date 9/2008)

# NOTICE TO DEFENDANT BEFORE TRIAL

If you agree that you owe the amount claimed, it may not be necessary for you to come to Court. Contact the Plaintiff if you wish to make payment. If you are appearing in court on the matter, bring letters, receipts, and contracts which may help you. If you need a witness, contact the Clerk's office about a summons to the witness.

## NOTICE IF JUDGMENT IS ENTERED

If the Court awards judgment in this case to the Plaintiff, you as the Judgment Debtor, may do several things before submitting payment to satisfy the judgment. One is to appeal the decision to the circuit court sitting in that District. This is what's involved in an APPEAL of a District Court judgment—

1. 30 DAYS—You would have 30 days from the day of an adverse judgment within which to note your appeal at the District Court and there pay the higher court's filing fee. If you qualify as indigent, you may at that time petition the District Court to waive the collection of this fee.
2. TRANSCRIPT COSTS—If the amount which you were sued was $5,000 or less (not counting interest or attorney's fees), the circuit court would hear your appeal as an entirely new case from start to finish. Therefore, no transcripts from the District Court trial would be necessary. If, however, this amount should exceed $5,000, the higher court would hear your appeal on the record of what transpired in the District Court. That appeal requires a transcript of the District Court trial record. For information and costs to obtain a transcript refer to the Transcripts and Recordings brochure DCA 27 available at the clerk's office.

**Another option** after an adverse judgment is to file a MOTION FOR A NEW TRIAL.

1. 10 DAYS—You have 10 days from day of judgment to do this.
2. GRANT/DENY—If the Court grants your motion, you will receive a summons to a new trial.

**The last options** are to file MOTIONS to change the JUDGMENT.

1. 10 DAYS for ALTERING or AMENDING the judgment.
2. 30 DAYS for REVISING the judgment.

If you would not want to move on any of these options, then you should make all possible arrangements with the Plaintiff or the Plaintiff's attorney to pay the judgment amount. Should you not do this, the Plaintiff could request the Court's enforcement powers. These enforcement procedures include —

1. INTERROGATORIES—This is an attempt to locate any assets you may have. This requires written answers.
2. ORAL EXAMINATION—Another attempt to locate any assets you may have. This requires your appearing in court to answer questions. The Court backs up these plaintiff attempts at discovery by bringing its contempt powers to bear on an unresponsive defendant. More stringent enforcements you should know about include—
3. WRIT OF EXECUTION—Such a writ could order the levying or seizure and sale of any of your goods. And you, in such a circumstance, would bear the expenses of the seizure (e.g. towing, moving, storage fees, auctioneer's fees, advertising costs). Some of your goods are, by their nature, exempt from such action—
   (a) Wearing apparel, books, tools, instruments, or appliances necessary for the practice of any trade or profession, except those kept for sale, lease, or barter, in an amount not to exceed $5,000 in value.
   (b) Money payable in the event of sickness, accident, injury, or death of any person, including compensation for loss of future earnings. This exemption includes but is not limited to money payable on account of judgments, arbitrations, compromises, insurance benefits, compensation and relief. Disability income benefits are not exempt if the judgment is for necessities contracted for after the disability occurred.
   (c) Professionally prescribed health aids for you or any of your dependents.
   (d) Your interest, not to exceed $1,000 in value, in household goods, wearing apparel, appliances, books, animals kept as pets, and other items that are held primarily for personal family or household use by you or your dependents.
   (e) Cash or property of any kind equivalent in value to $6,000, if within 30 days from the date of the attachment or levy you elect to exempt cash or selected items of property in an amount not to exceed a cumulative value of $6,000.
4. GARNISHMENT OF PROPERTY—Such a writ, attaching certain assets of yours in the hands of someone else, would order that other party (e.g. bank holding your account, agent) to hold the asset subject to further court proceedings.
5. GARNISHMENT OF WAGES—Such a writ would order your employer to begin withholding from your wages the amount left over after deducting what is lawfully required and after exempting money that may not be garnished.
Exemptions from garnishment—
(1) the greater of: (a) 75 percent of the disposable wages due;
OR (b) 30 times the federal minimum hourly wages under the Fair Labor Standards Act in effect at the time the wages are due;
AND (2) any medical insurance payment deducted from an employee's wages by the employer. Other federal exemptions may be available. Disposable wages means the part of wages that remain after deduction of any amount required to be withheld by law. Finally, should you become the Judgment Debtor you should know that judgment is public information and anyone may request a copy of it.
To Plaintiff: If the Court enters a judgment for a sum certain, you have a right to obtain a lien on real property.

DC/CV 1 (back) (Rev. 8/2008)

reporting it to the credit Agencies as late 90 to 180 days.

On several occasions between December and February 2010 I did question why my payment was not been reported correctly to the credit agencies as on time but partial payment, and requested it corrected.

I was told on more than two times and by different associate of IndyMac that the only time the negative enteries associated with the modification program (late fees, unpaid balances, and negative entries) will be removed is if my loan is permanent modified.

My loan was permanently modified in June 2010 and to date the negative enteries/reports in my credit file remain the sam or even made worst making it impossible for me to obtain credit and loan for my small business.

Banks and other financial institutions are using OneWest Bank report on my stellar credit history as the reason to reject my loan applications, drastically reduce my credit line, and in some cases close my accounts out right.

This is no doubt affecting my business as a self employed sm business owner. If not corrected I may not be able to meet my financial obligation to creditors including paying my Mortga

~~My account was even reported as late for 180 days while I was~~ waiting for IndyMac to make a decision (final) on my loan applicati (March - June 2010)

All attempts thus far to resolve the matter with the Company has gone nowhere.

Instead I received a letter of apology from Ms Laura Regmek on behalf of the bank for the misinformation/mistake. Unfortunately an apology is not good enough for an action by this Company that may cause me my dream.

2010 OCT 18  P 3:34

DISTRICT COURT

:::: Experian
A world of insight

Prepared for
THONY C ANYIAM

Report number
4028-6417-25

Report date
September 02, 2010
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

Page 2 of 2

DISTRICT COURT

2010 OCT 18  P 3: 34

## Credit items

### ONEWEST BANK
8900 BEATRICE DR
KALAMAZOO MI 49009
(800) 781-7399
*Partial account number*
668100986....
*Mortgage:* 100055401263941033

| | | | | | |
|---|---|---|---|---|---|
| *Date opened* | *Date of status* | *Type* | *Responsibility* | *Credit limit or original amount* | *Recent balance* |
| May 2007 | Jun 2010 | Mortgage | Individual | $340,400 | $328,926 as of Aug 2010 |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | *Recent Payment* |
| Jun 2007 | Aug 2010 | 2 Years | | NA | $1,000 |
| | | *Monthly payment* | | | |
| | | $796 | | | |

Status: Open.
Account history:
✓180 days past due as of May 2010
✓150 days past due as of Apr 2010
✓120 days past due as of Mar 2010
✓90 days past due as of Dec 2009 to Feb 2010
✓60 days past due as of Nov 2009
✓30 days past due as of Oct 2009, Aug 2009
As of Jul 2016, this account is scheduled to go to a positive status.
Your Statement: *"FROM OCTOBER 2009 TO JUNE 2010 PAYMENT OF 968.75 WAS MADE WHILE MORTGAGE WAS BEEN MODIFIED."*
This item was verified and updated on Sep 2010.
Address identification number:
34913090

## History of your account balances

### ONEWEST BANK
*Partial account number*
668100986....

*Balance history*
Jul 2010: $328,925  Jun 2010: $329,129  May 2010: $314,332  Apr 2010: $314,332  Mar 2010: $314,332  Feb 2010: $314,332  Jan 2010: $314,342  Dec 2009: $314,314  Nov 2009: $314,314  Oct 2009: $314,314  Sep 2009: $314,314  Aug 2009: $314,141  Jul 2009: $314,141  Jun 2009: $313,930  May 2009: $313,699  Apr 2009: $313,438  Mar 2009: $313,130  Feb 2009: $312,762  Jan 2009: $312,345  Dec 2008: $311,871  Nov 2008: $311,352  Oct 2008: $310,786  Sep 2008: $310,166

The original amount of this account was $340,400

IF UNDELIVERABLE RETURN TO
DISTRI. COURT OF MARYL, /D #5-2
14735 MAIN ST RM 173B
UPPER MARLBORO MD 20772-3051

CERTIFIED MAIL

7112 2557 3090 0660 5968

"RESTRICTED DELIVERY"

INDYMAC MORTGAGE SERVICES
MS LAURA REGINEK
6900 BEATRICE DRIVE
KALAMAZOO, MI 49009



$ 10.21
MAILED FROM ZIPCODE