IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| THONY ANYIAM,<br>Plaintiff,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES,<br>Defendant. | Civil Action No. 10-cv-03383-AW |

## Order

This action was filed by Thony Anyiam, *pro se*, against IndyMac Mortgage Services ("IndyMac") on October 18, 2010 in the District Court of Maryland for Prince George's County. Defendant removed the action to this Court on December 2, 2010, *see* Doc. No. 1. Shortly thereafter, Defendant filed a motion to dismiss based on several grounds including inadequate service of process, *see* Doc. No. 7. The Court agreed that Plaintiff had not adequately served process and granted Defendant's motion to dismiss on those grounds, but provided Plaintiff with forty-five days to properly serve Defendant with process, *see* Doc. No. 12. After forty-five days had elapsed and the docket suggested that service had not been accomplished, the Court ordered Plaintiff to show cause within fifteen days as to why his case should not be dismissed for failure to serve process, *see* Doc. No. 13. Plaintiff failed to show cause within the fifteen-day period. Accordingly, it is, this 10th Day of August, 2011, ordered that:

1) All claims against Defendant are dismissed,

2) The Clerk CLOSE this case, and

1

3) The Clerk transmit a copy of this order to counsel and mail a copy to the *pro se* Plaintiff.

/s/ Alexander Williams Jr.
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE